VINCENT J. ROSSIGNOL *v.* DANBURY SCHOOL OF
AERONAUTICS, INC., ET AL.

The portion of the plaintiff's motion concerning
taxation of costs in the Supreme Court having been
considered, the court finds nothing erroneous in the
clerk's taxation of costs in the appeal from the
Superior Court in Litchfield County; the motion so
far as it relates to the taxation of costs in the Supe-
rior Court is dismissed. Practice Book § 332.

*Paul W. Orth,* in support of the motion.

*John Crosskey,* in opposition.

Submitted January 3—decided February 13, 1968

ELIZABETH M. JEFFREY ET AL. *v.* PLANNING AND
ZONING BOARD OF APPEALS OF THE TOWN OF
GREENWICH ET AL.

The motion by the defendant the Young Women's
Christian Association of Greenwich, Connecticut,
Inc., for a review of the taxation of costs in the
Supreme Court having been considered, the court
finds nothing erroneous in the clerk's taxation of
costs in the appeal from the Court of Common
Pleas in Fairfield County at Stamford.

*Orson L. St. John,* in support of the motion.

*George W. Scott, Jr.,* in opposition.

Submitted December 18, 1967—decided February 27, 1968

The motion by the plaintiffs for a review of the
taxation of costs in the appeal from the Court of
Common Pleas in Fairfield County at Stamford is
denied.

*George W. Scott, Jr.,* in support of the motion.

*Orson L. St. John,* in opposition.